IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
OCT - 2 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 01-65-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RAYMOND COTHARN, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 63), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Raymond Cotharn's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 2nd day of October 2018.

SUSAN P. WATTERS
United States District Judge